■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO R. LOPEZ, Appellant. [972 NYS2d 140]—Appeal from a judgment of the Onondaga County Court (Anthony F. Aloi, J.), rendered December 14, 2009. The judgment convicted defendant, upon his plea of guilty, of assault in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Carni, Valentino and Whalen, JJ.